```
          UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                               Criminal No. 06-cr-33-01-JD

Paul Phaneuf


# O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                     /s/ Joseph A. DiClerico, Jr.
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

Date: February 9, 2007


cc:  Paul Garrity, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation